# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of . DISTRICT

Case Number: 2:20-CV-168-FTM-38NPM

**Plaintiff:**
RONALD TONGE

vs.

**Defendant:**
NOVARTIS PHARMACEUTICALS CORPORATION

Received by GENERAL SERVICES BUREAU, INC. on the **13th day of March, 2020 at 11:56 am** to be served on **NOVARTIS PHARMACEUTICALS CORPORATION C/O CORPORATION SERVICE COMPANY, PRINCETON SOUTH CORPORATE CTR., 100 CHARLES EWING BLVD., EWING, NJ 08628**.

I, Howard Appel, being duly sworn, depose and say that on the **19th day of March, 2020 at 1:10 pm**, I:

SERVED the within named CORPORATION by delivering a true copy of the **SUMMONS IN A CIVIL ACTION** with the date and hour endorsed thereon by me to JOHNNIE MYERS as Records Custodian.

**Additional Information pertaining to this Service:**
ATTEMPTED SERVICE ON 3/16-10:00 AM AT EAST HANOVER ADDRESS AND WAS TOLD TO SERVE AT EWING, NJ ADDRESS.

**Description of Person Served:** Age: 50, Sex: M, Race/Skin Color: BLACK, Height: 6'1, Weight: 200, Hair: BLACK, Glasses: N

I, the undersigned, certify that I am over the age of 18, being a competent adult without any direct interest in this litigation and being a process server in good standing.

Subscribed and Sworn to before me on the 21st day of March, 2020 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

BRANDON J ROFFINA
Notary Public, State of New Jersey
My Commission Expires
November 07, 2021

_____
Howard Appel
PROCESS SERVER

GENERAL SERVICES BUREAU, INC.
P.O. Box 924
Palm Beach, FL 33480-0924
(561) 833-6587

Our Job Serial Number: SBS-2020000127
Ref: 2020001158

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k