UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

RONALD TONGE,
    Plaintiff,

v.                                            Case No. 2:20-cv-00168-SPC-NPM

NOVARTIS PHARMACEUTICALS CORPORATION,

    Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(c), I certify that the instant action:

__x__    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *Estate of Elvia Rivera v. Novartis*; 8:20-cv-00587 (MDFL)
2. *Ronald Hurd v. Novartis;* 2:20-cv-00262 (DNM)
3. *Sheila Colella v. Novartis;* 3:20-cv-00367 (DCT)
4. *Charlotte Dean v. Novartis;* 2:20-cv-02755 (DNJ)
5. *Gustin Family Trust v. Novartis;* 2:20-cv-02753 (DNJ)
6. *Stephen Lally v. Novartis;* 1:20-cv-02359 (SDNY)
7. *Curtis Pederson v. Novartis;* 3:20-cv-05216 (WDWA)
8. *Nancy Myers v. Novartis;* MRS-L-747-20 (NJ-Morris Co.)
9. *Anthony Buzzelli v. Novartis;* 2:20-cv-425 (WDPA)
10. *Bruce Becker v. Novartis;* 3:20-cv-05221-BHS (WDWA)
11. *Darren Chase v. Novartis;* 2:20-cv-03295-MCA-LDW (DNJ); removed from Morris County
12. *Stacy Cook v. Novartis;* 2:20-cv-03302-CCC-ESK (DNJ); removed from Morris County
13. *Danny Dattilo v. Novartis;* 2:20-cv-03163-WJM-MF (DNJ); removed from Morris County
14. *Allen Garland v. Novartis;* 3:20-cv-00269-RJD (SDIL)
15. *Alpha Smith v. Novartis;* 2:20-cv-03300-KM-JBC (DNJ); removed from Morris County
16. *Roger Burke v. Novartis;* 2:20-cv-02032 (WDAR)
17. *Theresa Dalton v. Novartis;* 2:20-cv-02913-ES-CLW (DNJ); removed from Morris County
18. *Michael Neal v. Novartis;* 2:20-cv-02972-ES-CLW (DNJ); removed from Morris County
19. *Naomi Glenn v. Novartis;* 2:20-cv-ES-CLW (DNJ); removed from Morris County

_____    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

1

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: April 3, 2020

Respectfully Submitted,

By: /s/ *Joseph A. Osborne*
Joseph A. Osborne, Esq.
Florida Bar No. 880043
J. Robert Bell III, Esq.
Florida Bar No. 115918
**Osborne & Francis Law Firm, PLLC**
433 Plaza Real, Suite 271
Boca Raton, FL 33432
Ph: (561) 293-2600
Fax: (561) 923-8100
josborne@realtoughlawyers.com
rbell@realtoughlawyers.com
dmonahan@realtoughlawyers.com

Richard Elias, (MO Bar. No. 53820)
(to be admitted *Pro Hac Vice*)
**Elias LLC**
231 S. Bemiston Avenue, Suite 800
St. Louis, MO 63105
Ph: (314)391-6820
relias@EliasLLC.com

James G. Onder (MO Bar. No. 38049)
(to be admitted *Pro Hac Vice*)
Lawana S. Wichmann (MO Bar. No. 053999)
(to be admitted *Pro Hac Vice*)
**OnderLaw, LLC**
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
Ph: (314) 963-9000
Fax: (314)963-1700
onder@onderlaw.com
wichmann@onderlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of April, 2020, that a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

                                            By: /s/ *Joseph A. Osborne*
                                                    Joseph A. Osborne, Esq.
                                                    Florida Bar No. 880043