**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| RONALD TONGE,<br><br>   Plaintiff,<br><br> v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>   Defendant. | No. 2:20-cv-00168 |

## NOVARTIS PHARMACEUTICALS CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant Novartis Pharmaceuticals Corporation ("NPC") hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

 1. Parent Companies:

 (a) Novartis Finance Corporation, a New York corporation;

 (b) Novartis Corporation, a New York corporation;

 (c) Novartis Holding, AG, a Swiss company; and

 (d) Novartis AG, a Swiss company, whose shares are publicly traded on the SIX Swiss Exchange, and whose American Depository Shares are publicly traded on the New York Stock Exchange.

 2. Publicly held companies owning more than 10% of NPC stock:

 (a) Novartis AG indirectly owns a 100% interest in NPC.

Dated:  April 9, 2020                             Respectfully submitted,

By: /s/ Michael J. Thomas
Michael J. Thomas
Florida Bar No:  897760
Jacqueline R. A. Root
Florida Bar No: 0085700
Kathryn L. Hood
Florida Bar No:  69337
PENNINGTON, P.A.
215 South Monroe Street, 2nd Floor
Tallahassee, Florida 32301
Phone: (850) 222-3533

Of Counsel:
Robert E. Johnston, Esq. (*Pro Hac Vice application forthcoming*)
Donald R. McMinn, Esq. (*Pro Hac Vice application forthcoming*)
Andrew L. Reissaus, Esq. (*Pro Hac Vice application forthcoming*)
HOLLINGSWORTH, L.L.P.
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of April 2020, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the Corporate Disclosure Statement was served upon the following counsel via electronic mail and United States mail:

Joseph A. Osborne, Esq. #880043
J. Robert Bell III, Esq. #115918
Osborne & Francis Law Firm, PLLC
433 Plaza Real, Suite 271
Boca Raton, FL 33432
(561) 293-2600
josborne@realtoughlawyers.com
rbell@realtoughlawyers.com

Richard Elias
Elias LLC
231 S. Bemiston Avenue, Suite 800
St. Louis, MO 63105
(314) 391-6820
relias@EliasLLC.com

James G. Onder
Lawna S. Wichmann
OnderLaw, LLC
110 East Lockwood, 2nd Floor
St. Louis, MO 63119
(314) 963-9000
onder@onderlaw.com
wichmann@onderlaw.com

*Attorneys for Plaintiffs*

                                                /s/ Michael J. Thomas
                                                ATTORNEY