UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD TONGE,

    Plaintiff,

v.                                          Case No.:  2:20-cv-168-FtM-38NPM

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Todd R. Friedman<br>Richard M. Elias |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Andrew L. Reissaus<br>Donald R. McMinn<br>Michael J. Thomas |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | June 4, 2020<br>11:00 AM | **Total Time** | 45 minutes |

**Preliminary Pretrial Conference**

Court discussed case management and scheduling deadlines and other issues regarding case management, including E-Discovery, Confidentiality Agreements, Settlement Conference before a Magistrate Judge and disclosure of expert reports.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures, and Judge Chappell's policies and preferences, all of which are available on the Court's website.

Court directed Mr. Elias to update attorney information in CMECF. Court discussed pending pro hac vice motions.  An Oral

Oral Joint Motion for the entry of a 502 (d) Order is Granted. Order to follow.

Scheduling Order to issue.