UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD TONGE,

    Plaintiff,

v.                                                  Case No. 2:20-cv-168-JLB-NPM

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____

**ORDER**

Before the Court is an Amended Unopposed Motion to Appear *Pro Hac Vice* (Doc. 41) on behalf of Defendant Novartis Pharmaceuticals Corporation. Upon review of the motion, the Court finds attorney Grant W. Hollingsworth meets the requirements of Middle District of Florida Local Rule 2.01(c) and may appear specially on behalf of Defendant.

Accordingly, it is **ORDERED**:

1. The Amended Unopposed Motion to Appear Pro Hac Vice (Doc. 41) is **GRANTED**.

2. If non-resident attorney Grant W. Hollingsworth has not already done so, counsel shall file an E-Filer Registration Form within fourteen days of the date of this Order, unless counsel already has CM/ECF filing credentials for the Middle

District of Florida. Failure to complete these steps may cause the Court to revoke its permission to appear specially without further notice.

3. Counsel is reminded that any attorney appearing in this Court pursuant to Local Rule 2.01(e) "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e).

4. By virtue of being specially admitted, counsel is also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

5. Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this Order may—subject to inspection by Court Security Officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this Order.

**DONE** and **ORDERED** in Fort Myers, Florida on March 16, 2021.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE